**Order entered September 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00058-CR
No. 05-13-00059-CR

**WILLIAM SNOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-35377-S, F11-35664-S**

## ORDER

The Court **GRANTS** appellant's September 5, 2013 motion to supplement the clerk's record.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record that contains the judicial confession for cause No. F11-35377-S within **TEN (10) DAYS** from the date of this order.

We **DENY** appellant's second motion for extension of time to file appellant's brief. In our order dated September 4, 2013, we warned appellant that if the brief was not filed on or before September 23, 2013, we would remove Nanette Hendrickson and the Dallas County

Public Defender's Office as counsel and order the trial court to appoint new counsel to represent appellant in these appeals. **Appellant's brief is due on or before September 23, 2013.**

/s/     LANA MYERS
        JUSTICE